RENAULT FRÈRES SELLING BRANCH, INCORPORATED, Appellant, *v.* SEWALL & ALDEN, Respondent.

Reported below, 152 App. Div. 23.

(Submitted February 24, 1913; decided March 4, 1913.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 17, 1912, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for labor performed and materials furnished.

The motion was made upon the ground that since taking the appeal the order of the Appellate Division had been amended so as to state that the reversal was upon questions of fact.

*Henry Hoelljes* for motion.

*Joseph M. Allen* opposed.

Motion granted upon appellant, within twenty days, paying respondent costs of the appeal to date; on failure to comply with these terms the appeal is dismissed, with costs and ten dollars costs of motion.